AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____NEW YORK_____

IN RE: LARISA IVANOVNA MARKUS
　　　　　　　　　　Plaintiff (s),
V.
　　　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:20-cv-06422-LJL__

Notice is hereby given that, subject to approval by the court, __Yuri Rozhkov__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__George Vladimir Utlik_____, State Bar No. __4570610__ as counsel of record in
　　(Name of New Attorney)

place of __)Marks & Sokolov, LLC_____.
　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
　　Firm Name:　　　　Herrick, Feinstein LLP
　　Address:　　　　　2 Park Avenue
　　Telephone:　　　　(212) 592-1400　　　　Facsimile (212) 592-1500
　　E-Mail (Optional):　Gutlik@herrick.com

I consent to the above substitution.
Date: __6.08.21__
　　　　　　　　　　　　　　　　　　　　　　　__[signature]__
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: __7/7/21__
　　　　　　　　　　　　　　　　　　　　　　　Marks & Sokolov, LLC
　　　　　　　　　　　　　　　　　　　　　　　__[signature]__
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:
　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]