AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

IN RE: LARISA IVANOVNA MARKUS

Plaintiff (s),

V.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-cv-06422-LJL

Notice is hereby given that, subject to approval by the court, Yuri Rozhkov substitutes
(Party (s) Name)

George Vladimir Utlik , State Bar No. 4570610 as counsel of record in
(Name of New Attorney)

place of )Marks & Sokolov, LLC .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Herrick, Feinstein LLP

Address: 2 Park Avenue

Telephone: (212) 592-1400      Facsimile (212) 592-1500

E-Mail (Optional): Gutlik@herrick.com

I consent to the above substitution.

Date: 6.08.21

(Signature of Party (s))

I consent to being substituted.

Date: 7/7/21

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/11/2021

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]